# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 14, 2014**

| | | |
|---|---|---|
| CAAP–13–00 00036 | State v. Grilho | Affirmed |

**February 24, 2014**

| | | |
|---|---|---|
| CAAP–11–00 00151 | Association of Apartment Owners of Discovery Bay v. Mitchell | Affirmed |

**February 26, 2014**

| | | |
|---|---|---|
| CAAP–13–00 00147 | Eisermann v. State | Affirmed |

**February 27, 2014**

| | | |
|---|---|---|
| CAAP–11–00 00623 | Young v. Whitney | Affirmed |

**February 28, 2014**

| | | |
|---|---|---|
| CAAP–11–00 00163 | Hawai'i Elec. Light Co., Inc. v. Tawhiri Power LLC | Affirmed |
| CAAP–12–00 01069 | State v. Fetuao | Affirmed |
| CAAP–12–00 01114 | State v. Kony | Affirmed |
| CAAP–12–00 00589 | State v. Myers | Vacated and Remanded |

**March 10, 2014**

| | | |
|---|---|---|
| CAAP–12–00 01006 | Bailey v. Siracusa | Affirmed |